UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FEDERAL INSURANCE CO., et al.,

       Plaintiffs,

  - against -

CSX TRANSPORTATION, INC, et al.,

       Defendants.
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/09
```

09 Civ. 4459 (RMB)

**ORDER**

  Based upon a review of the Complaint, dated May 8, 2009, it appears that the above-captioned case more properly should have been filed in the United States District Court for the Southern District of Georgia ("This action involves damage to pressure vessels which moved by rail in carrier-provided rail cars BNSF 585161 and HTTX 97452 from Vancouver, Washington, to Brunswick, Georgia"; "Defendants failed to deliver the cargo at the agreed destination in the same good order and condition"; and "Defendants are believed to be corporations organized under the laws of, and with their principal places of business in, certain of the fifty states."). (Compl. ¶¶ 2, 5, 12.)

  The Court will enter an order, pursuant to 28 U.S.C. § 1404(a), transferring this case to the Southern District of Georgia unless the parties submit a (compelling) letter to the Court by May 21, 2009 (noon) setting forth the reasons why venue is proper in the Southern District of New York.

Dated: New York, New York
    May 14, 2009

                     RMB
                    **RICHARD M. BERMAN, U.S.D.J.**